IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

FERDINAND ANTIGO, ET AL.                                          PLAINTIFFS

v.                                            CIVIL ACTION: 1:11-cv-00408-HSO-RHW

MICHAEL LOMBARDI, ET AL.,                                         DEFENDANTS

---

**EXHIBITS 1 THROUGH 6 IN SUPPORT OF BEAU RIVAGE RESORTS, INC.'S MOTION FOR SUMMARY JUDGMENT FOR PLAINTIFFS IRYNA HRYHAROVICH AND MAKSIM MASIYANCHYK**

Exhibits 1 through 6 in support of Beau Rivage Resorts, Inc.'s *Motion for Summary Judgment* regarding the Plaintiffs Iryna Hryharovich And Maksim Masiyanchyk are attached.

RESPECTFULLY submitted this, the 29th day of August, 2013.

BEAU RIVAGE RESORTS, INC.

s/John A. Foxworth, Jr.
John A. Foxworth, Jr., Esq.
MS Bar #8944
Foxworth Law Office
1200 East Pass Road
Gulfport, MS 39507
Office: 228-328-0200
john@foxworthlaw.com

Steven R. Cupp, Esq.
MS Bar # 99975
Fisher & Phillips, LLP
2505 14th Street, Suite 202
Gulfport, MS 39501
Office: 228-822-1440
scupp@laborlawyers.com

## CERTIFICATE OF SERVICE

I, John A. Foxworth, do hereby certify that I have filed Defendant Beau Rivage Resorts, Inc.'s Beau Rivage's Motion for Summary Judgment against Plaintiffs IRYNA HRYHAROVICH AND MAKSIM MASIYANCHYK with the Clerk of Court via the CM-ECF system which served a copy of same on all registered users.

DATED this, the 29th day of August, 2013.

s/John A. Foxworth, Jr.

John A. Foxworth, Jr., Esq.
MS Bar #8944
Foxworth Law Office
1200 East Pass Road
Gulfport, MS 39507
Office: 228-328-0200
john@foxworthlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

FERDINAND ANTIGO, ET AL.                                                    PLAINTIFFS

VERSUS                          CIVIL ACTION NO.: 1:11CV00408-HSO-RHW

MICHAEL V. LOMBARDI, ET AL.                                 DEFENDANTS

## DECLARATION OF ROGENA BARNES

Pursuant to 28 U.S.C. §1746, the following is the Declaration of Rogena Barnes:

1. I, Rogena Barnes, provide the following Declaration, which is based on my personal knowledge.

2. I am of full age of majority and competent to testify.

3. I am currently the Regional Vice President of Human Resources for MGM Resorts International. I am responsible for oversight of the Human Resource functions at MGM's Mississippi properties, including the Beau Rivage in Biloxi, Mississippi.

4. I am familiar with the Agreement that was entered into between the Beau Rivage and Royal Hospitality Services ("RHS") in which RHS contracted with the Beau Rivage to provide workers at the Beau Rivage when needed.

5. When the Beau Rivage needed workers, we would contact RHS or another labor provider to place them on notice that additional workers were needed. When we made the request, we would only ask for workers. We did not inquire as to whether the worker was foreign or whether the worker was local. The workers who were placed at the Beau Rivage by RHS were direct employees of RHS. They were not classified as Beau Rivage employees.

6. Pursuant to RHS' contract with the Beau Rivage's, RHS was contractually responsible to the Beau Rivage for ensuring that all workers who RHS placed at the Beau Rivage were working legally in the United States and were eligible to work at the Beau Rivage. RHS was

1


EXHIBIT "1"

also responsible for paying their employees the minimum wage for all hours worked and overtime, if applicable.

7. I understand that the Plaintiffs in this lawsuit utilized the following labor agencies in their home countries in order to procure a job offer in the United States: Adman in the Philippines; Z-Drive in the Philippines; Universe in Belarus; Qui Ka in Indonesia; and Nu Krew in Jamaica. To my knowledge, the Beau Rivage did not and has not performed or engaged in any business with these labor agencies or have any connections to these labor agencies that are located in foreign countries.

8. It is my understanding that the foreign labor agencies listed in Paragraph 7 charged the Plaintiffs various amounts of money in order to obtain a job offer for the Plaintiffs in the United States. The Beau Rivage was never given any money from these labor agencies or any of their agents in exchange for supplying job offers to the agencies or for obtaining workers from these countries to work at the Beau Rivage.

9. All Beau Rivage employees and contract workers who are paid by the hour worked are prohibited from working off-the-clock. During the time that the RHS workers were at the Beau Rivage, I was not aware that any RHS worker was working off-the-clock and I never received any compliant from any RHS worker that they were either forced to work off-the-clock or were allowed to work off-the-clock.

10. All of the RHS workers who worked at the Beau Rivage were entitled to quick snacks and one full meal a day in the Beau Rivage's employee dining room. Access to the employee dining room is a significant benefit available for all Beau Rivage employees and all employees who worked at the Beau Rivage pursuant to their employment relationship with a labor provider. I have inquired with the Beau Rivage's Director of Finance regarding the reasonable cost per day of providing the workers with a meal in the employee dining room. The reasonable cost per day, based on a conservative analysis, is $7 per day per worker.

I declare under penalty of perjury that the foregoing is true and correct and is based on my personal knowledge.

Executed on August 29, 2013.

*Rogena P. Barnes* 8/29/2013
Rogena Barnes

COPY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF MISSISSIPPI

SOUTHERN DIVISION

CIVIL ACTION NO.: 1:11CV00408-HSO-RHW


FERDINAND ANTIGO, ET AL

VERSUS

MICHAEL V. LOMBARDI, ET AL


Deposition of FELICA S. WATKINS,
12485 Briarwood Drive West, Gulfport,
Mississippi 39503, taken at the offices of
FISHER AND PHILLIPS, 2505 14th Street, Suite
202, Gulfport, Mississippi 39501, on Monday,
May 20, 2013.

EXHIBIT "2"



Gulf REPORTING
SERVICE, LLC
LEADING THE SOUTH IN COURT REPORTING, VIDEO, AND LITIGATION TECHNOLOGY

MISSISSIPPI        LOUISIANA
228.222.4549       504.908.5418

8

1   Q.   And how long did you do that from?
2   A.   From the time I started at the Beau
3   in July of '06 up until our H-2Bs left in
4   November of 2007.
5   Q.   2007.
6        Did -- when you say "H-2Bs
7   left," does that mean any H-2B visa workers
8   who were sponsored by Beau Rivage quit working
9   in November 2007?
10  A.   Correct.  Their -- their contract
11  was over.
12  Q.   Okay.  Because their visa expired?
13  A.   Correct.
14  Q.   There were no workers sponsored by
15  Beau Rivage after November 2007?
16  A.   We have -- we did use a small group,
17  Work Around the Planet, of 30 H-2Bs, but
18  they -- they were like a vendor.
19  Q.   Okay.  So no housekeepers?
20  A.   They were housekeepers, I believe.
21  Q.   Okay.  I'm not trying to trick you.
22  A.   No, it's fine.
23  Q.   I'm just wanting -- because I've
24  seen a lot of documents just this morning, and
25  a lot of them are from 2008, and there's a

98

## REPORTER'S CERTIFICATE

I, CINDY ROGERS LA COUR, C.M., Certified Court Reporter and Notary Public of Harrison County, Mississippi, do hereby certify that the above-named witness, after having been first duly sworn by me to testify to the truth, did testify as hereinabove set forth;

That the testimony was reported by me in shorthand and transcribed under my personal direction and supervision, and is a true and correct transcript, to the best of my ability and understanding;

That I am not of counsel, not related to counsel or the parties hereto, and not in any way interested in the outcome of this matter.

CINDY ROGERS LA COUR, C.M.
CERTIFIED COURT REPORTER
Mississippi CSR #1652

My Commission Expires:

June 10, 2017

LOUISIANA 504.908.5418   *Gulf*REPORTING   MISSISSIPPI 228.222.4549

RV. 1/07

# The Polo Club

## Seasonal Work Program - Offer of Employment

Sending office _____

Participant Name: EDUARDO P. DEYTIQUEZ

### Participant Information

ID _____

Birth date (mm/dd/yyyy): June 03, 1973

Country of origin: Philippines

English Skill __Intermediate __Conversational X__Advanced

Arrival to USA (mm/dd/yyyy) ___ 11/1/2009
Departure from USA (mm/dd/yyyy) 5/15/2010

CC Use Only:

### Company Information

Name of Company: The Polo Club
Contact Person: Teri Borowski
Phone: 561-912-1000
Fax:

Physical Address:
5400 Champion Blvd
Boca Raton, FL 33496
Business Description: country club

***Start / End dates & availability of work may be affected by inclement weather or seasonal demand. ALL employees MUST commit to work through May 15, 2010

Job Description: Food Server
Responsible for providing friendly, attentive and efficient service to our members/guests and for assuring that all members and guests receive meals that are served according to our standards.

Pre-requisite & Knowledge Required:
Experience in the specific areas not necessary. Training is available. ALL PARTICIPANTS NEED A BACKGROUND CHECK.

English Skills Required: high intermediate.

Payment Schedule: Bi-weekly (every other Thursday).
Salary/Wage: $____7.50____/hour
(OT: $____10.50____/hour)

Hours/week: 40h/week, OT potential
Dress Code/Grooming guidelines: Uniform provided. Clean cut, short hair, no jewelry for men. Must be polished and groomed professionally.

Food: One free meal per day will be provided.

### Housing

Housing is in the immediate area of the club. Housing is in apartments 2 & 3 bedroom/ 2 bathrooms. Two people per room/ own twin bed. All furnishings, washer/dryer included. No deposit. Linens/towels provided. Rent is $130 per week payroll deducted. Housing is co-ed.

### Transportation
Please provide detailed directions to your company. Please use an additional sheet of paper and attach it to this form if needed.

Transportation to and from work:
Will be provided by the Polo Club.

Nearest airport:
Ft. Lauderdale, Florida or West Palm Beach

### Signatures

By signing below, I INDICATE THAT I MEET ALL THE NECESSARY REQUIREMENTS AND PREREQUISITES AS OUTLINED, AND THAT I AM AVAILABLE FOR THE ENTIRE EMPLOYMENT PERIOD AS EXPRESSED ABOVE. I understand and accept all working and housing conditions as outlined. I also acknowledge that I accept all of the terms and conditions listed on my original application. Once program attendance has begun, no refunds will be granted, regardless of the length of time remaining for the scheduled program(s). I FULLY REALIZE THAT I MAY NOT CHANGE HOST COMPANIES. Leaving a host company without authorization is a violation of the H2B program and will not be tolerated. I understand that I must contact and discuss any problem I may encounter at my job site or with my housing with my U.S. Opportunities Representative. U.S. Opportunities does not have the authority to grant visas.

Participant Name (please print): EDUARDO P. DEYTIQUEZ
Participant Signature: _____
Date (mm/dd/yyyy) OCT /25 /2009

Overseas contact name (please print): Bia Molina / Mike Lombardi
Overseas contact signature: _____
Date (mm/dd/yyyy) __/__/__

Host company contact name (please print): Teri Borowski
Host company signature: _____
Date (mm/dd/yyyy) __/__/__

EXHIBIT "3"

ANTIGO000476

RV. 1/17

# The Polo Club

## Seasonal Work Program – Offer of Employment

Participant Name: EDUARDO L. BALLES                    Sending office _____

### Participant Information

| | |
|---|---|
| ID _____ | Arrival to USA (mm/dd/yyyy): 11/1/2009 |
| Birth date (mm/dd/yyyy): JANUARY 05, 1975 | Departure from USA (mm/dd/yyy): 5/15/2010 |
| Country of origin: Philippines | CC Use Only: |
| English Skill __Intermediate __Conversational X Advanced | |

### Company Information

Name of Company: The Polo Club

| Contact Person: Teri Borowski<br>Phone: 561-912-1000<br>Fax:<br><br>Physical Address:<br>5400 Champion Blvd<br>Boca Raton, FL 33496<br>Business Description: country club<br><br>***Start / End dates & availability of work may be affected by inclement weather or seasonal demand. ALL employees MUST commit to work through May 15, 2010. | Job Description:   Housekeeping<br>He/She will learn procedures for housekeeping and laundry through daily operations. S/he will experience the relationship between the housekeeping dept and the overall customer service provided at the hotel. S/he will then shadow the housekeeping manager and learn to schedule and coordinate the staff. S/he will learn to inspect and control quality of the housekeeping dept.<br><br>Pre-requisite & Knowledge Required:<br>Experience in the specific areas not necessary. Training is available. ALL PARTICIPANTS NEED A BACKGROUND CHECK.<br><br>English Skills Required: high intermediate. | Payment Schedule: Bi-weekly (every other Thursday).<br>Salary/Wage: $___7.50___/hour<br>(OT: $___13.50___/hour)<br><br>Hours/week: 40h/week, OT potential<br>Dress Code/Grooming guidelines: Uniform provided. Clean cut, short hair, no jewelry for men. Must be polished and groomed professionally.<br><br>Food: One free meal per day will be provided. |

### Housing

Housing is in the immediate area of the club. Housing is in apartments 2 & 3 bedroom/ 2 bathrooms. Two people per room/ own twin bed. All furnishings, washer/dryer included. No deposit. Linens/towels provided. Rent is $130 per week payroll deducted. Housing is co-ed.

### Transportation

*Please provide detailed directions to your company. Please use an additional sheet of paper and attach it to this form if needed.*

| Transportation to and from work:<br><br>Will be provided by the Polo Club. | Nearest airport:<br><br>Ft. Lauderdale, Florida or West Palm Beach |
|---|---|

### Signatures

By signing below, I INDICATE THAT I MEET ALL THE NECESSARY REQUIREMENTS AND PREREQUISITES AS OUTLINED, AND THAT I AM AVAILABLE FOR THE ENTIRE EMPLOYMENT PERIOD AS EXPRESSED ABOVE. I understand and accept all working and housing conditions as outlined. I also acknowledge that I accept all of the terms and conditions listed on my original application. Once program attendance has begun, no refunds will be granted, regardless of the length of time remaining for the scheduled program(s). I FULLY REALIZE THAT I MAY NOT CHANGE HOST COMPANIES. Leaving a host company without authorization is a violation of the H2B program and will not be tolerated. I understand that I must contact and discuss any problem I may encounter at my job site or with my housing with my U.S. Opportunities Representative. U.S. Opportunities does not have the authority to grant visas.

Participant Name (please print):         EDUARDO L. BALLES

Participant Signature: _____        Date (mm/dd/yyyy) OCT / 25 / 2009

Overseas contact name (please print):    Bia Molina / Mike Lombardi

Overseas contact signature: _____        Date (mm/dd/yyyy) ___/___/___

Host company contact name (please print):    Teri Borowski

Host company signature: _____        Date (mm/dd/yyyy) _____

EXHIBIT "4"

ANTIGO002238

REPUBLIC OF THE PHILIPPINES
DEPARTMENT OF LABOR AND EMPLOYMENT

Philippine Overseas Employment Administration    Overseas Workers Welfare Administration    Philippine Health Insurance Corporation

**OFFICIAL RECEIPT**    Date 10/27/2009 3:17:57PM    LB   9102741   № 5203192   H

| | |
|---|---|
| Name | DEYTIQUEZ, EDUARDO PEREDO |
| Position | SERVER FOOD AND BEVERAGE |
| Agency | ZDRIVE INC |
| Principal | US OPPORTUNITIES |
| Direct Employer: | POLO CLUB |
| Jobsite: | UNITED STATES |
| Salary: | PER HOUR    7.50 US DOLLAR |
| Date Processed | 10/26/2009   Valid for exit up to   12/26/2009 |
| CG Number | 7181337 |

| Nature of Payment: | Amount: |
|---|---|
| POEA PROCESSING FEE | PhP 200.00 |
| OWWA MEMBERSHIP | PhP 1,206.28 |
| PHILHEALTH-MEDICARE | PhP 900.00 |
| Total: | PhP 2,306.28 |

PhP: TWO THOUSAND THREE HUNDRED SIX AND 28 / 100

THIS SERVE AS YOUR OWWA AND PHILHEALTH MEMBERSHIP CERTIFICATE

VALIDATION
Received the amount stated above.    Annabelle Cordero
10/27/2009 3:17:57PM
Collecting Officer

*This document is not considered a receipt unless machine validated.*



VISA — UNITED STATES OF AMERICA
Issuing Post Name: MANILA
Control Number: 20092960240001
Surname: DEYTIQUEZ
Given Name: EDUARDO PEREDO
Passport Number: XX0277670
Sex: M
Birth Date: 03JUN1975
Nationality: PHIL
Visa Type/Class: R  H2B
Entries: M
Issue Date: 26OCT2009
Expiration Date: 15MAY2010
Annotation: PN-THE POLO CLUB OF BOCA RATON PROPERTY OWNE
P#-EAC-09-199-51260
C0167225
PED-15MAY2010

VNUSADEYTIQUEZ<<EDUARDO<PEREDO<<<<<<<<<<<<<<
XX02776705PHL7506039M1005150H6MNLOPZU2062074

ANTIGO000436

EXHIBIT "5"

