IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DENNIS BELDA**                                                        **PLAINTIFF**

v.                                                          Civil No.: 1:14cv73-HSO-RHW

**ROYAL HOSPITALITY SERVICES, LLC**                   **DEFENDANT**

### **DEFAULT JUDGMENT**

In accordance with the Order entered herewith granting Plaintiff's Motion for Default Judgment [316],

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, judgment is rendered in favor of Plaintiff Dennis Belda against Defendant Royal Hospitality Services, LLC, pursuant to Federal Rule of Civil Procedure 55(b)(2).

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, Plaintiff Dennis Belda shall recover from Defendant Royal Hospitality Services, LLC, judgment in the amount of $67,549.43, plus costs and post-judgment interest at the current prescribed federal rate pursuant to 28 U.S.C. § 1961, from the date of entry of this Default Judgment until paid in full.

**SO ORDERED AND ADJUDGED,** this the 6th day of June, 2016.

                                                    *s/ Halil Suleyman Ozerden*
                                                    HALIL SULEYMAN OZERDEN
                                                    UNITED STATES DISTRICT JUDGE